SEYMOUR HAYMAN and HAROLD HAYMAN, Copartners Doing Business under the Firm Name of SEYMOUR HAYMAN & Co., etc., Respondents, v. ARTHUR J. MORRIS and Others, Appellants, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CECILE M. CORRIGAN, Respondent, v. FRANCIS T. CORRIGAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEPEL HIGH FREQUENCY LABORATORIES, INC., Respondent, v. ECCO HIGH FREQUENCY CORP., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BANKERS TRUST COMPANY, Appellant, v. 1 EAST 88TH STREET CORPORATION, Respondent, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

THEODORE QUINT, Respondent-Appellant, v. LENA GREENBERG, Appellant-Respondent, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of CARMELO MICELI and JACOB L. GOLDBERG, on Behalf of Themselves and All Others Similarly Situated, Petitioners-Appellants, for an Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ANDREW T. F. BROWNE, Petitioner-Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against LEWIS J. VALENTINE, as Commissioner of Police of the City of New York, and as Chairman of the Board of Trustees of the Police Pension Fund, and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HELEN MICHAUD, Respondent, v. EMILE MICHAUD, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HENDRIK C. ANDERSON and Others v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 801.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHARLES W. LANDO v. IRVING D. ROSENBERG and Others.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present— Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.